# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FOAD KARIM FARAHI,

    Petitioner,

v.                                                                               No. 1:25-cv-00793-MLG-JFR

MELISSA ORTIZ, in her official capacity
as Warden of the Torrance County Detention Center;
MARISA FLORES, in her official capacity as
Acting Director of Immigration and Customs
Enforcement's Enforcement and removal Operations
El Paso Field Office; TODD M. LYONS, Acting Director
of Immigration & Customs Enforcement; KRISTI
NOEM, in her official capacity as Secretary of the
Department of Homeland Security; and PAMELA
BONDI, in her official capacity as Attorney General,

    Respondents.

## ORDER

    This matter is before the Court on its own motion. After further reflection, the Court has determined that it does not require any additional briefing on Respondents' Motion to Dismiss for Lack of Jurisdiction, Doc. 24. The briefing deadlines provided at the October 8, 2025, hearing are therefore vacated. The parties may still submit supplemental authority if they wish. Any supplemental authority must be submitted to the Court by October 15, 2025.

    It is so ordered.

                                                                         UNITED STATES DISTRICT JUDGE
                                                                         MATTHEW L. GARCIA