IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FOAD KARIM FARAHI,

    Petitioner,

v.                                                                                          No. 1:25-cv-00793-MLG-JFR

MELISSA ORTIZ, in her official capacity
as Warden of the Torrance County Detention Center;
MARISA FLORES, in her official capacity as
Acting Director of Immigration and Customs
Enforcement's Enforcement and removal Operations
El Paso Field Office; TODD M. LYONS, Acting Director
of Immigration & Customs Enforcement; KRISTI
NOEM, in her official capacity as Secretary of the
Department of Homeland Security; and PAMELA
BONDI, in her official capacity as Attorney General,

    Respondents.

## ORDER SETTING BRIEFING SCHEDULE AND HEARING

    Petitioner Foad Karim Farahi and federal Respondents (collectively, "Parties") dispute whether Farahi failed to comply with federal Respondents' efforts to remove him from the country. *Compare* Doc. 34 at 2, *with* Doc. 41 at 2. Although federal Respondents represent that Farahi failed to comply by not "complet[ing] certain requirements to assist in obtaining travel documents," Doc. 41 at 2, they formally alleged that Farahi failed to comply by "fail[ing] to *depart*." *See* Doc. 41-1 at 1 (emphasis added). There is scant evidence in the record and practically no briefing on this issue, leaving the Court with more questions than answers.

    The Parties are therefore ordered to simultaneously submit briefs addressing the significance of the Notice of Failure to Comply Pursuant to 8 CFR 241.4(g), Doc. 41-1, that federal Respondents served on Farahi on December 1, 2025. Doc. 41-1 at 2. The Parties shall file evidence supporting their positions on this matter. Federal Respondents are further ordered to provide

1

evidence of any action they have taken to effectuate Farahi's removal to a third country that is not already accounted for by the Declaration of William S. Shaw, Sr. *See* Doc. 34-1.

Submissions are due by 5 p.m. Tuesday, January 6, 2026. A hearing will be held at 10:30 a.m. Friday, January 9, 2026.[1]  The hearing set for 10:30 a.m. Friday, January 2, 2026, is hereby vacated.[2]

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

[1] The Court generally does not permit remote appearances. So, counsel for the Parties must appear in person.

[2] This moots Farahi's motion to appear remotely, Doc. 37, and Respondent Melissa Ortiz's motion to be excused from the January 2 hearing, Doc. 39.