**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FOAD KARIM FARAHI,

     Petitioner,

v.                                                                      No. 1:25-cv-00793-MLG-JFR

MELISSA ORTIZ, in her official capacity
as Warden of the Torrance County Detention Center;
MARISA FLORES, in her official capacity as
Acting Director of Immigration and Customs
Enforcement's Enforcement and removal Operations
El Paso Field Office; TODD M. LYONS, Acting Director
of Immigration & Customs Enforcement; KRISTI
NOEM, in her official capacity as Secretary of the
Department of Homeland Security; and PAMELA
BONDI, in her official capacity as Attorney General,

     Respondents.

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Partially Granting Petitioner's Petition for Writ of Habeas Corpus, *see* Doc. 47, the Court issues

its separate judgment finally disposing of this civil case. It is ordered that this civil action is

dismissed without prejudice.

 

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1